AMH/CMR IRM.18234

**UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

| | |
|---|---|
| GREGORY N. HARRIS<br><br>Plaintiff<br>v.<br><br>BRIAN WAINSCOTT, COUNTY OF LAKE, REGINALD MATHEWS, MICHAEL G. NERHEIM, VILLAGE OF MUNDELEIN, MUNDELEIN, ILLINOIS POLICE DEPARTMENT, BEN FAPSO, and CITY OF NORTH CHICAGO<br><br>Defendants | Court No. 18-cv-02789<br>Judge Mary M. Rowland |

**MOTION TO DISMISS PURSUANT TO STIPULATION**

COMES NOW Defendant, VILLAGE OF MUNDELEIN, by and through its attorneys, Alison M. Harrington and Cara M. Rafanelli of BEST, VANDERLAAN & HARRINGTON, and pursuant to stipulation moves this court to dismiss Plaintiff's Complaint against it with prejudice to refiling. In support thereof, defendant states as follows:

1. The parties to this matter entered into a settlement agreement before the Honorable Magistrate Judge Kim on March 16, 2020 and all documents relating to that settlement have been executed.
2. Pursuant to that settlement, plaintiff, GREGORY N. HARRIS and defendant, VILLAGE OF MUNDELEIN stipulated to dismiss all causes of action and complaints against VILLAGE OF MUNDELEIN, with prejudice in entirety, with each party to bear their own costs and without notice. (*see* Exhibit A attached hereto, Stipulation to Dismiss Village of Mundelein)

3. Defendant, VILLAGE OF MUNDELEIN therefore respectfully requests that this Honorable Court dismiss the above action against it with prejudice in its entirety, with each party to bear their own costs and without notice.

WHEREFORE, Defendant, VILLAGE OF MUNDELEIN, by and through its attorneys, Alison M. Harrington and Cara M. Rafanelli of BEST, VANDERLAAN & HARRINGTON move this Court for the entry of an Order dismissing this cause of action and complaint against Defendant, VILLAGE OF MUNDELEIN with prejudice in its entirety with each party to bear their own costs and without notice.

**VILLAGE OF MUNDELEIN**

By: ___/s/ Cara M. Rafanelli________________
One of its attorneys

Alison M. Harrington #6243081
Cara M. Rafanelli #6199165
**Best, Vanderlaan & Harrington**
25 E. Washington St., Suite 800
Chicago, IL 60602
(312) 819-1100
(312) 819-8062 (Fax)
Per Supreme Court Rule 11, E-Service is accepted only at: **eservice@bestfirm.com**

**CERTIFICATE OF SERVICE**

I, the undersigned, state that I caused copies of the foregoing to be served, with enclosures referred to thereon, if any, by **E-Service** to the attorney(s) of record at the addresses and/or facsimile number(s) of record from 25 E. Washington St., Suite 800, Chicago, IL prior to 5:00 p.m. on April 10, 2020.

__/s/ Cara M. Rafanelli____________________

Re: Harris v. Wainscott, et al.
Court No.: 18-cv-02789
BVH File: IRM.18234

**ATTORNEY SERVICE LIST**

John E. Marszalek
Marszalek & Marszalek
120 W. Madison St., Ste. 801
Chicago, IL 60602
(312) 456-1700
Attorney for Plaintiff
Gregory N. Harris