AMH/RAF IRM.16335

**UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

| | |
|---|---|
| GREGORY N. HARRIS<br><br>Plaintiff<br>v.<br><br>BRIAN WAINSCOTT, COUNTY OF LAKE, REGINALD MATHEWS, MICHAEL G. NERHEIM, VILLAGE OF MUNDELEIN, MUNDELEIN, ILLINOIS POLICE DEPARTMENT, BEN FAPSO, and CITY OF NORTH CHICAGO<br><br>Defendants | Court No. 18-cv-02789 |

**STIPULATION TO DISMISS VILLAGE OF MUNDELEIN**

IT IS HEREBY stipulated and agreed by and between the Plaintiff, GREGORY N. HARRIS, and Defendant, VILLAGE OF MUNDELEIN, that all causes of action and complaints against, VILLAGE OF MUNDELEIN, are dismissed with prejudice in their entiriety, with each party to bear their own costs and without notice.

/s/_John E. Marszalek__
Attorneys for Plaintiff
John Marszalek
Marszalek & Marszalek
120 W. Madison Street, Suite 801
Chicago, Illinois 60602

/s/Alison M. Harrington_________________
Attorney for Defendant Brian Wainscott
Best Vanderlaan & Harrington
1755 Park Street, Suite 260
Naperville, Illinois 60563

Alison M. Harrington #6243081
Cara M. Rafanelli #6199165
**Best, Vanderlaan & Harrington**
1755 Park Street, St. 260
Naperville, IL 60563
(630) 752-8000
(630) 752-8763 (fax)

EXHIBIT
A